# COMPLAINT
(for filers who are prisoners without lawyers)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 MAR 23 P 4:19
CLERK OF COURT

(Full name of plaintiff(s))

Vernon L. Walker

v.

(Full name of defendant(s))

Sgt. Doe, Mental Department/Manger of Mental Health, C.O Burnside, Mental Health worker Jenny, Nurse Partisher Corpal Stauche, Kenosha County (Jail) C.O Davis, Corpotal Martini 12136, HSU, Medical Department/Manger / Prea-Medical / Kenosha Police Department

Case Number:

**20-C-0468**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

K.D.C.D  __4777 88th Ave., Kenosha, WI, 53144__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
                                    (Name)

is (if a person or private corporation) a citizen of _____

Complaint – 1

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Kenosha County Jail 1000 55th St, Kenosha, Wisconsin. 53140</u>

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

C.O Davis did have knowledge that I was not to be housed in a one man cell due to being a (MH1) Mental health watch Inmate in K-block cell #1 I asked to move and was denied because staff said that they don't move Inmates because we want to move. I was there from 11/13/19 to Feb, 2/20 And I did put a Grievance in about this housing problem but no response - 11-22/19 by the name of
on 01/31/20 A Inmate did rape me, Jimmie Hoskens on K-block in cell #1 Around or about 10:20 Am he did it because I would not let him rape another Inmate in K-block, on 02/02/20 I told C/O burnside that I was raped and he walked off and said that he will let somebody know but that never happend.

Complaint – 2

Case 2:20-cv-00468-JPS   Filed 03/23/20   Page 2 of 6   Document 1

So the sameday I then wrote a request to mental health asking to be seen because I was raped by another inmate. I then gave the request to C.O. burnside who is a rooky C.O.o. He then gave the request to corporal stauche. 20 min later 3 C/O's came and took me to the confrence room where corporal stauche was sitting. I then told CPL. Stauche what the inmate had done to me and I also asked him can I be seen by mental health and I asked can a rape kit be done due to me being a victim of it. But once again nothing was done. Corporal Stauche further stated "now I have to do some work" because I told him I was a victim of rape. So 20 to 30 mins later a Kenosha Sheriff came and took my statement and left. So I was then moved from the confrence room to the female holding cell for about 2 to 3 hours, then I was moved to another cell block (E) where I was later found hanging in my cell by 2 bedsheets around my neck. My cellmate found me and he held me up until the C.O's came and cut me down. I hung myself because I got raped in jail and I never was seen by mental health department and i did wrote and asked to be seen on 01/26/20 mental health department/manager and worker Jenny

Complaint – 3

did in fact fail to respond to any recent mental request health slips. Starting from 01/23/20 - 02/02/20. I wrote mental health department and asked to be seen and a nurse not a mental health worker wrote me back with the response saying mental health has been notified. RN # 1902 /KCJ

I was not seen by mental health until the 11th of Feb. 2020 I wrote a grievance on 01/30/2020 about not being seen by mental health and Sgt. DOE #1345 did respond to my grievance stating my grievance had no merit and mental health is a first come first serve basis. Sgt. B. DOE is not a mental health worker nor is he educated in that field of work. And how I know I did ask him myself when I seen him in passing. On 02/10/2020 in zone #one booking I asked corporal martini may I be seen by mental health and medical because of me not being seen when I first reported that I had got raped but corporal martini just looked at me and said that he will see what he can do. I was overwhelmed and stressed out because I got raped in jail so I tried to do suicide by hanging myself with 2 sheets in my cell. So I was then rushed to frodert hospital then about 4 or 5 hours later I was being moved to winnebago mental health institute on 02/03/20 until 02/10/20 the treatment team there then ran tests on me then that's when i found out what Diagnoses I have. Bipolar disorder, posttraumatic stress disorder, antisocial personality disorder, depressive disorder schizophrenia and psychotic disorder.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like the courts to Award me the Amount of $7.2 million Dollars for antisocial Disorder bipolar disorder, posttraumatic stress disorder, Depressive disorder, I now have seizures And problems with my breathing due to me trying to kill myself because I was raped in Jail. I now have Physical, mental And Emotional Problems. I would like the court to fire everyone who failed to do their Job. Because of this crime that was done to me I don't feel like living most times. This crime has made me schizophrenia And left me with A psychotic disorder. As well Also no Prea staff has spoke to me And I did reach out for help.

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   ☐ – YES    ☒ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __20__ day of __03/march__ 20_20_.

Respectfully Submitted,

_Kenn Walker_
Signature of Plaintiff

~~[scratched out]~~ 47598
Plaintiff's Prisoner ID Number

Kenosha County Detention Center
4777-88th Ave, Kenosha, WI 53144
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒  **I DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  **I DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5